IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CURTIS JEMISON
#P03564,**
      Plaintiff,

vs.                               Case No.   3:10cv265/MCR/MD

**CMDR. HEMPHILL, et al.,**
      Defendants.
_____/

### O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 28, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B) as malicious.

DONE AND ORDERED this 1st day of September, 2010.

                                      *s/ M. Casey Rodgers*
                                **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**